UNITED STATE DISCTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

SCOTT EAMES,                                          )
                                                     )
          Plaintiff,                                 )          Cause No.: 2:25-cv-00013-HEA
v.                                                   )
                                                     )
NILE,                                                )
                                                     )          **JURY TRIAL DEMANDED ON**
                                                     )          **ALL CLAIMS PROPERLY**
                                                     )          **TRIABLE TO A JURY**
                                                     )
          Defendant.                                 )
                              **SECOND AMENDED COMPLAINT**

Scott Eames ("Eames" or "Plaintiff"), by and through undersigned counsel, states as

follows for his claims against NILE:

**Parties, Jurisdiction & Venue**

1.  NILE is a band that operates as a general partnership based out of the state of South

Carolina with its principal place of business in Taylor, South Carolina.

2.  NILE promotes, tours, performs, and engages in the sale of its music in the State of

Missouri, including the NILE Underworld Album and Tour at issue in this case.

3.  NILE was served at 3040 Locust Street, St. Louis, Missouri 631310, on January 29, 2025,

and is subject to the personal jurisdiction of this Court.

4.  Plaintiff is a resident of Moberly, Randolph County, Missouri.

5.  This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1332 because there is

complete diversity of citizenship between the Plaintiff and Defendants and the amount in

controversy exceeds $75,000.00.

6.  Venue is proper in this division pursuant to 28 U.S.C. §1391(b)(2) and 45 U.S.C.

§1982.114(a) because a substantial part of the events or omissions giving rise to the claim occurred in this District.

7. These claims are filed within the prescribed time limits set forth in the applicable laws and the Complaint is timely filed as to all claims.

## FACTS COMMON TO ALL COUNTS

8. Eames is a renowned musician who has been actively involved in the music industry most of his adult life.

9. Defendant NILE is a death metal band founded in 1993 that has released twelve (12) Albums, the most recent of which, "The Underworld Awaits Us All", was released August 23, 2024.

### Eames Agreement with NILE

10. Eames was a member of the band NILE from mid-2021 until October 26, 2023, Eames toured with NILE from mid-2021 to November 2022, performed guitar and vocals stage left, and was paid $700/week.

11. In November 2022, Eames agreement with NILE was modified by mutual agreement.

12. Pursuant to the new terms, Eames was moved to stage-front center, performed as the Frontman, main-vocalist, and guitarist for NILE, and Eames was to perform on NILE's new album "The Underworld Awaits Us All" ("Underworld") with the album recording to take place during the ensuing year and the announcement of the Underworld album's release and tours in October 2023.

13. Per the Agreement, Eames was also required to train and prepare a new bassist for NILE's Underworld album.

14. In furtherance and in full performance of his obligations under the Agreement with NILE,

Eames performed pre-production vocals for the Underworld album, created and collaborated on lyrics, music, and songs to be recorded on the Underworld album, recorded guitar solo videos for the Underworld album, trained a new bassist for the Underworld album, and traveled to South Carolina to record vocals and guitar for NILE's Underworld album.

15. The Agreement was formed in Missouri, while Eames was in the State of Missouri, and Eames substantially performed under the Agreement with NILE in Moberly, Missouri, including recording pre-production vocals, writing and performing guitar solos, collaborating on new music for the Underworld album, and training the new bassist for NILE.

16. In performance of his Agreement with NILE and in early May 2023, Eames traveled to Austria with two other NILE band members to participate in business meetings and a business dinner between NILE and NILE's record album, Napalm Records Handels GMBH, regarding the Underworld album and tours.

17. As a member of NILE and pursuant to the Agreement, in exchange for his performance and collaboration on NILE's Underworld album, Eames was to perform on NILE's Underworld tours as a member of NILE following the album's release until October 11, 2025 (the last scheduled tour date).

18. In exchange for his performance of the Agreement, Eames was to receive:

1) Tour compensation of $850.00/week on a weekly basis for the duration of the Underworld Tour;

2) 1/3 of NILE's net revenue from the release of the album and sales;

3) 1/3 of NILE's net royalties on future uses of the album, album streaming, and merchandise sales; and,

4) 1/3 of NILE's net endorsement and advertising revenue.

19. Eames' also had a reasonable expectation of revenue from personal endorsements and

advertising in relation to his performance on NILE's Underworld album and ensuing tours.

### October 23, 2023, False Posts

20. On or about October 23, 2023, a fake article was posted on internet websites Medium.com and NewsBreak.com which falsely stated that Eames had been "criminally charged in Moberly, Randolph County. MO, with multiple counts of battery and sexual assault, claiming authorities were notified of the crimes and that multiple women, including a minor, had reported years of domestic violence and abuse" ("Posts").[1]

21. The articles included Eames name and a photo of Eames credited to MO Newsdesk 13 (a local cable news affiliate) and was created to appear to be an official press release.

22. The claims in these articles are completely false and Eames has never been criminally charged with battery, sexual assault, domestic violence/abuse, or minor abuse.

23. The articles were falsely published under the identity of a Missouri based author and self-proclaimed domestic violence advocate and survivor; the actual identity of the Posts' creators remains unknown.[2]

24. Contacting the purported author would have quickly revealed she had no involvement in the posts and would have revealed the deceitful, deceptive, and fraudulent intention of the Posts.

25. A simple investigation of the Medium.com and Newsbreak.com websites make clear that the content is "user" created, and anyone can *create* and publish their own content.

26. The simple step of calling the Randolph County Sheriff's Department and/or Moberly Police Department would confirm the falsity of these claims and the fact that no criminal charges were pending against Eames.

---

[1] These posts were subsequently removed in response to a cease-and-desist letter from counsel for non-conformance with the websites' posting policies prohibiting false information.

[2] The purported author of the articles confirmed she did not write them and was in contact with local police regarding the theft and use of her identity online.

27. Moreover, a simple check of Missouri case.net, the publicly available state court records system, establishes that no criminal charges were or are pending against Eames.

28. Even the most basic level of inquiry into the voracity of the Posts would have quickly revealed the falsity of the Posts.

29. NILE acknowledged the falsity of the Posts in communications with Eames.

**NILE's Breach and Eame's removal from the Underworld Album and Underworld Tours**

30. On or about October 24, 2023, Eames discussed these fake Posts and false statements with NILE and assured them they were completely false and were nothing more than a smear campaign against him.

31. Defendant NILE acknowledged Eames' innocence and assured him they knew the Posts were false and a smear campaign.

32. On October 26, 2024, NILE announced the band and touring lineup for its Underworld album and tours omitting Eames in breach of the Agreement.

33. An October 26, 2024, article announcing the lineup posted on Metal Insider (a prominent online heavy metal publication) indicated that Eames was surprisingly omitted from the NILE Underworld lineup and included a link to the false Posts on Medium.com and Newsbreak.com.[3]

34. NILE has, at all times relevant, failed to pay Eames 1/3 of net revenue from the Underworld album release and album sales, 1/3 of net royalties on future uses of the Underworld album, album streaming, and merchandise sales, and 1/3 of NILE's net endorsement and advertising revenues related to the Underworld album.

35. NILE's breach of the Agreement has also damaged Eames through lost personal endorsements and advertising revenues related to his performance on the Underworld album.

---

[3] The links and reference to the false statements were subsequently removed in response to a letter from Eames counsel indicating the falsity of the statements and Posts.

36. NILE's breach of the Agreement with Eames has caused Eames severe and irreparable harm in the form of lost tour compensation as a member of NILE, lost compensation related to the "Underworld" album sales, lost royalties related to downloads and future use of the album, and lost endorsements and sponsorship compensation, all to his damage.

## COUNT I- EAMES V. NILE
### Breach of Contract

37. Eames realleges and incorporates paragraphs 1-36 as if fully set forth herein.

38. The Agreement between Eames and NILE constitutes a valid and enforceable contract under Missouri law.

39. Eames fully performed his obligations under the Agreement when he recorded pre-production vocals for the Underworld album, wrote and performed guitar solos for the Underworld album, collaborated on new music for the Underworld album, trained the NILE bassist for the Underworld album, and wrote and produced music for the Underworld album.

40. Eames fully performed, and/or substantially performed, all obligations under the agreement with Defendant NILE.

41. On or about October 26, 2023, Defendant NILE breached its Agreement with Eames when it announced its Underworld album and tour lineup and omitted Eames from the Underworld album and subsequent tours.

42. Defendant NILE has further breached the Agreement by failing to compensate Eames pursuant to the terms of the agreement for his share of Underworld album revenues.

43. As a result of Defendant NILE's breach, Eames has suffered actual damages in the form of past and future lost tour compensation, past and future loss of revenue from the album release and album sales, past and future lost royalties on use and streaming of the album, past and future lost revenue from merchandise sales, consequential damages in the form of lost advertising and

endorsement revenue, as well as other damages, in excess of $75,000.00 and all to his harm.

WHEREFORE, Plaintiff prays for judgment against Defendant on Count I of his Complaint, in an amount which is fair and reasonable in excess of $75,000.00 as determined by a jury, together with interest at the legal rate, including prejudgment interest, plus costs of suit, and for such other and further relief as the Court deems just and reasonable under the circumstances.

**COUNT II- EAMES V. NILE**
**UNJUST ENRICHMENT**

44. Eames realleges and incorporates paragraphs 1-36 as if fully set forth herein.

45. Eames performances of services under the Agreement for the creation and production of the Underworld album conferred a benefit to NILE.

46. NILE's benefit was obtained to the detriment of Eames and Eames has not been compensated for the value of the services Eames provided and the benefit conferred upon NILE.

47. It would be fundamentally unjust to permit NILE to benefit from Eames services without adequate consideration to Eames for the value of the benefit conferred.

48. As a result of Defendant NILE's unjust enrichment, Eames has suffered actual damages in the form of past and future lost tour compensation calculated at $850/week, past and future loss of revenue from the album release and album sales calculated at 1/3 of net album revenues, past and future lost royalties on use and streaming of the album calculated at 1/3 of net royalties, past and future lost revenue from merchandise sales calculated at 1/3 of net sales, consequential damages in the form of lost personal advertising and endorsement revenue, as well as other damages, in excess of $75,000.00 and all to his harm.

WHEREFORE, Plaintiff prays for judgment against Defendant on Count II of his

Complaint, in an amount which is fair and reasonable in excess of $75,000.00 as determined by a

jury, together with interest at the legal rate, including prejudgment interest, plus costs of suit, and

for such other and further relief as the Court deems just and reasonable under the circumstances.

Dated: _____August 15, 2025,_____          Respectfully Submitted,

/s/ Patrick E. Poston

Patrick E. Poston, Bar # 69926MO
The Law Office of Patrick E. Poston, LLC
5661 Telegraph Road, Suite 8B
St. Louis, MO 63129
o-(314) 293-9958
c-(314) 943-7597
pposton@peplawoffice.com

*Attorney for Plaintiff Scott Eames*