IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

SCOTT EAMES,

        Plaintiff,

   v.

NILE;

        Defendants.

CASE NO. 2:25-cv-00013-HEA

## MOTION OF DEFENDANTS KARL SANDERS, PERFORMING AS NILE, TO DISMISS SECOND COMPLAINT

Upon the accompanying Memorandum of Law, and all pleadings and papers on file in this case, Defendant Karl Sanders, performing as Nile ("Nile") moves to dismiss all claims against him alleged in Plaintiff Scott Eames' Second Amended Complaint (Doc. 77) pursuant to Federal Rule of Civil Procedure 12(b)(6).

DATED: October 31, 2025

Respectfully submitted,

MITCHELL SILBERBERG & KNUPP LLP
BRADLEY J. MULLINS

By:/s/ *Mary Ann L. Wymore*
   Bradley J. Mullins (*Pro Hac Vice*)
   bym@msk.com
   2049 Century Park East, 18th Floor
   Los Angeles, CA 90067
   (310) 312-2000 (phone)
   (310) 312-3100 (fax)

UB GREENSFELDER LLP
Mary Ann L. Wymore, MO # 44061
mwymore@ubglaw.com
10 South Broadway, Suite 2000
St. Louis, Missouri 63102
(314) 241-9090 (phone)
(314) 241-8624 (fax)
*Attorneys for Defendant Karl Sanders p/k/a Nile*

4918-8627-3654, v 1

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 31st day of October, 2025, the foregoing document was filed electronically by operation of the Court's electronic filing system and served on all counsel of record.

*/s/ Mary Ann L. Wymore*

4918-8627-3654, v. 1