UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| SCOTT EAMES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2:26CV13HEA |
| | ) | |
| NILE, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

**IT IS HEREBY ORDERED** that the scheduling conference pursuant to Fed.R.Civ.P. 16 previously set for November 20, 2026, is **VACATED**. The case management order will be entered based on the dates submitted by the parties in their Joint Proposed Scheduling Plan.

Dated this 13th day of November, 2026.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE